**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

January 13, 2021

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   *United States v. Arguedas (Tyerance Mickey)*
      **20-cr-135 (JMF)**

Dear Judge Furman,

     This letter is submitted to request that the Court appoint Anne D'Elia as associate counsel for Mr. Mickey in the above case at a rate of $110/hour. This request is necessary because of the voluminous amounts of discovery that needs to be reviewed. Ms. D'Elia is a very experienced attorney who has been admitted to the SDNY and EDNY since 2006. She was an associate attorney at the Law Office of Larry S. Goldman. As a solo practitioner she has extensive trial experience in state courts, especially in serious gang cases similar to this one. Ms. D'Elia will be invaluable in assisting me in reviewing and organizing the several terabytes of discovery disclosed thus far.

Respectfully Submitted,

*/s/ Meredith Heller*

Meredith S. Heller

Application GRANTED. The Clerk of Court is directed to terminate Doc. #341. SO ORDERED.

January 13, 2021